People v Kayumov (2024 NY Slip Op 05415)

People v Kayumov

2024 NY Slip Op 05415

Decided on October 31, 2024

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 31, 2024

Before: Manzanet-Daniels, J.P., Friedman, Gesmer, Shulman, Michael, JJ. 

Ind No. 1451/17 Appeal No. 2936 Case No. 2018-2387 

[*1]The People of the State of New York, Respondent,
v
Feliks Kayumov, Defendant-Appellant.

Twyla Carter, The Legal Aid Society, New York (Ying-Ying Ma of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Hunter Baehren of counsel), for respondent.

Judgment, Supreme Court, New York County (Laura E. Ward, J. at suppression motion; Ellen N. Biben, J. at plea and sentencing), rendered January 12, 2018, convicting defendant, upon his plea of guilty, of attempted robbery in the second degree, and sentencing him to a term of three years to be followed by two years of postrelease supervision, unanimously affirmed.
The factual allegations set forth in defendant's suppression motion were insufficient to warrant a Dunaway/Mapp hearing. Although the felony complaint, indictment, voluntary disclosure form, arraignment transcript, and search warrant affidavit disclosed to defendant provided him with "detailed information about the sequence of events leading up to his arrest" (People v Lawson-Varsier, 138 AD3d 486, 487 [1st Dept 2016]; see also People v Roberts, 23 AD3d 245, 245-246 [1st Dept 2005], lv denied 6 NY3d 817 [2006]), he failed to controvert the specific information provided by the People or to establish any other basis for suppression (see People v Jones, 95 NY2d 721, 729 [2001]; see generally People v Mendoza, 82 NY2d 415, 426 [1993]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 31, 2024